# NO. 12-07-00285-CR
# NO. 12-07-00286-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| **WILLIE JAMES BILLINGTON, APPELLANT** | § | **APPEALS FROM THE 241ST** |
| **V.** | § | **JUDICIAL DISTRICT COURT OF** |
| **THE STATE OF TEXAS, APPELLEE** | § | **SMITH COUNTY, TEXAS** |

*MEMORANDUM OPINION*
*PER CURIAM*

Willie James Billington appeals his conviction for two counts of robbery. Appellant's counsel filed a brief in compliance with ***Anders v. California***, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967), and ***Gainous v. State***, 436 S.W.2d 137 (Tex. Crim. App. 1969). We affirm.

## BACKGROUND

Appellant pleaded guilty to two counts of robbery, set forth in separate indictments. Appellant also pleaded true to two enhancement paragraphs included in the indictment for each offense. The paragraphs related to two previous felonies committed by Appellant. There was no agreement between Appellant and the State as to the appropriate punishment for the charged offenses. The trial court found Appellant guilty of both offenses and sentenced Appellant to life imprisonment for each. These appeals followed.

## ANALYSIS PURSUANT TO *ANDERS V. CALIFORNIA*

Appellant's counsel filed a brief in compliance with ***Anders v. California*** and ***Gainous v. State***. The brief shows that Appellant's counsel diligently reviewed the appellate record and

considered the applicable law and is of the opinion that the record reflects no reversible error and that there is no error upon which an appeal can be predicated. In compliance with *Anders*, *Gainous*, and *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978), Appellant's counsel's brief presents a chronological summation of the procedural history of the case and further states that Appellant's counsel is unable to raise any arguable issues for appeal.[1] We have likewise examined the record for reversible error and have found none. *See Bledsoe v. State*, 178 S.W.3d 824, 826-27 (Tex. Crim. App. 2005).

## CONCLUSION

As required by *Stafford v. State*, 813 S.W.2d 503 (Tex. Crim. App. 1991), Appellant's counsel has moved for leave to withdraw in each case. We carried the motions for consideration with the merits. Having done so and finding no reversible error, Appellant's counsel's motions for leave to withdraw are hereby granted and the trial court's judgments are *affirmed*. All other pending motions are overruled as moot.

Opinion delivered July 31, 2008.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(DO NOT PUBLISH)

---

[1] Counsel for Appellant certified in his brief that he provided Appellant with a copy of this brief. Appellant was given time to file his own brief in these causes. The time for filing such a brief has expired and we have received no pro se brief.